FILED
CLERK, U.S. DISTRICT COURT

October 6, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CATALINA TORRES, individually,<br><br>Plaintiff,<br><br>v.<br><br>BOSTON SCIENTIFIC CORPORATION, a Massachusetts corporation,<br><br>Defendant. | Case No.: 2:19-cv-09739-SB-AS<br><br>Hon. Stanley Blumenfeld, Jr.<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Having considered Plaintiff Catalina Torres and Defendants Boston Scientific Corporation's Joint Stipulation of Dismissal With Prejudice, this Court **HEREBY GRANTS** the stipulation and dismisses this case, with prejudice, each party to bear their own fees and costs.

**IT IS SO ORDERED**.

Dated: October 6, 2021

_____
HON. STANLEY BLUMENFELD, JR.
United States District Court Judge